IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUN 29 AM 10: 25

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_____Paramroop Khalsa_____, Plaintiff

v.

Colorado Mountain College, Police Academy_____,

Stewart Curry, Director_____,

Todd Haller, Instructor_____,

See Attached  (1)_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

__Paramroop Khalsa, 459 Rio Grande Ave, New Castle, CO 81647__
(Name and complete mailing address)

__970-379-1138.  paramroop1@gmail.com__
(Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   __Stewart Curry,   3000 County Road 114 Glenwood Springs, CO 81601__
(Name and complete mailing address)

__970-947-8173 scurry@coloradomtn.edu__
(Telephone number and e-mail address if known)

Defendant 2:   __Todd Haller, Snowmass Police Department, 130 Kearns Rd PO Box 5010 Snowmass Village, CO 81615__
(Name and complete mailing address)

__970-923-5330,  thaller@tosv.com__
(Telephone number and e-mail address if known)

Defendant 3:   __Lisa Runck,    3000 County Road 114, Glenwood Springs, CO 81601__
(Name and complete mailing address)

__970-947-8212, lrunck@coloradomtn.edu__
(Telephone number and e-mail address if known)

Defendant 4:   __Elizabeth Poulos,   333 Fiedler Avenue, PO Box 1414 Dillion, CO 80435__
(Name and complete mailing address)

__970-968-5836,  epoulos@coloradomtn.edu__
(Telephone number and e-mail address if known)

**C.** **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

\_\_\_\_    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

   <u>Title 42 – 2000d. Prohibition against exclusion from participation in, denial of benefits of, and discrimination under federally assisted programs on ground of race, color, or national origin.</u>

\_\_\_\_    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of \_\_\_\_  Colorado  _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of \_\_\_\_  Colorado  _____
(name of state or foreign nation).

Defendant 1 has its principal place of business in \_\_\_  Colorado  _____
(name of state or foreign nation).
See Attached (2)

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:     Title 42 – 2000d   A collaborative team participation effort to keep Paramroop Khalsa from completing Academy Program to take CLETA exam.

Supporting facts:

I ran for Garfield County Sheriff in 2018 and lost. I had the desire to do the job of Sheriff and enrolled into the Colorado Mountain College Police Academy in August 2019 with the intention of passing a CLETA exam. This is the requirement for a sheriff in the State of Colorado.

On September 19, 2019, Todd Haller the Fire Arms Instructor for the Academy began his class. In the introductions of the class, when Todd Haller got to me, he looked at me and said, "We don't get your kind here."

On September 20 and 21, 2019 Todd Haller made several comments to me on the gun range in a screaming fashion with comments like, "Khalsa you scare me" and "Khalsa you're a yogi how come you don't get this?" I saw no other students receiving this type of harassment.

On September 26, 2019, after sending an email to the director Stewart Curry about my experience which he did not respond to, I went to his office. He said there was nothing he could do. At this time, he also lied by not providing the truth about the firearms class. He never supplied the information that this instructor was from the paramilitary discipline and military type behavior was expected. This information would have changed the whole outcome. Prior to this special class there was no formal military behavior required.

On September 27, 2019, I was removed from the class by Todd Haller with the assistance of his assistant Brian.

Also on this date, as I was escorted off the gun range by Todd Haller, Director Stewart Curry walked behind me and told me, if I quit today I would be refunded for the course. I continued in

4

the course.

On October 14, 2019, a formal complaint was filed with Dean Runck at Colorado Mountain College for discrimination by Todd Haller.

On or about October 21, 2019, I received a notice from Dean Runck that my claims were false and there was no wrongdoing on the part of anyone in the police academy. Dean Runck provided no additional support or meeting with Mr. Haller to provide some sort of reconciliation.

On or about November 1, 2019, I was informed by my college counselor that she was told, if I go get a Concealed Carry Weapon Permit which requires gun range instruction, I would be eligible to take the firearms class again.

On August 25, 2020, I send email to Director Curry with a picture of my certificate of completing the class. This would have allowed me to participate in the fall class.
Director Curry responds and writes he will contact me in September. He never does.

On December 16, 2020, I write Director Curry asking for a place in the firearms class. He writes back telling me he again will be touch with come April. He never does.

On August 16, 2021, I write Director Curry asking for a place in the next firearms class. This time I get a response from Dean Poulos who issued a Criminal Justice Associates Degree to me without completing all the requirements of the firearms class. Dean Poulos also said in order to take the firearms class I had to reapply to the Police Academy to take the whole program over.

E.   **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

This experience has caused enormous stress and personal depression over wanting nothing more than to become a Policeman. I really wanted to move into consulting and teaching meditation to police personal. Without this certification I have no chance of doing anything related to police. Without a certification Mr. Khalsa has no credibility. These criminals supported by Colorado Mountain College removed that credibility before I had a chance to get started.

I had intention to work 10 years in this field. Therefore, I request 10 years payment of $45,000.00 and additional $30,000.00 to pay for the schooling which supported this endeavor to become a police officer.

Total request for relief is $480,000.00 plus court costs.

5

Attachment 1,
List of Defendants;

Defendant 3, Lisa Runck

Defendant 4, Elizabeth Poulos

Attachment 2

If Defendant 2 is a corporation,

Defendant 2 is incorporated under the laws of ____Colorado_____ (name of state or foreign nation).

Defendant 2 has its principal place of business in ____Colorado_____ (name of state or foreign nation).

If Defendant 3 is a corporation,

Defendant 3 is incorporated under the laws of ____Colorado_____ (name of state or foreign nation).

Defendant 3 has its principal place of business in ____Colorado_____ (name of state or foreign nation).

If Defendant 4 is a corporation,

Defendant 4 is incorporated under the laws of ____Colorado_____ (name of state or foreign nation).

Defendant 4 has its principal place of business in ____Colorado_____ (name of state or foreign nation).

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature) *Paramroop Khalsa*

_____
(Date) 6/29/22

(Form Revised December 2017)

June 29, 2022

7