AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Paramroop Khalsa

_____
*Plaintiff(s)*

v.

ColoradoMountain College
Stewart Curry
Todd Haller
Lisa Runck
Elizabeth Poulos

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22-CV-01613-MEH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Stewart Curry – 3000 CountyRd 114, Glenwood Springs, CO 81601 81601
Todd Haller    Snowmass Police, PO Box 501 SnowmassVillage CO
Lisa Runck 3000 CountyRd 114 Glenwood Springs 81601
Elizabeth Poulos · PO Box 1414 Dillon, CO 80435

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Roop Khalsa, 459 Rio Grande Ave, New Castle CO 81647

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/29/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*