Case # 22-CV-01613 MEH

Palmroof Khalsa

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL 27 PM 12: 53

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLERK

State of Colorado
PITKIN COUNTY SHERIFFS OFFICE
Civil Division
ASPEN, CO 81611

Process Number:    22-196              Court Number: 22CV01613MEH

I, JOE DISALVO, SHERIFF of PITKIN COUNTY SHERIFFS OFFICE do hereby certify that

I received the within and foregoing Summons Complaint Answer on 20th day of

July, 2022, and that I served the same on:

TODD   HALLER                            (Defendant        )
16 KEARNS RD
SNOWMASS VLG, CO  81615
Served on: 21st day of July, 2022 at 22:41:00      by ROBLES,PARICHAT
Served to: Todd Haller                             Named
           130 KEARNS
           SNOWMASS VLG, CO  81615

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 22nd day of July, 2022

Fees:
   Service:        35.00          JOE DISALVO, SHERIFF
   Mileage:         9.00          PITKIN COUNTY SHERIFFS OFFICE, Colorado
   Other   :        0.00
   Total   :       44.00          BY: Sarah E. Bushman #42
                                      Authorized Representative
   Total Cost                         Civil Division

**Tracking Number:** 70190160000093776255

*Case #22-cv-01613-MEH*
*Paramroop Khalsa*

Your item was picked up at a postal facility at 11:53 am on July 7, 2022 in GLENWOOD SPRINGS, CO 81601.

**USPS Tracking Plus® Available**

# Delivered, Individual Picked Up at Postal Facility

July 7, 2022 at 11:53 am
GLENWOOD SPRINGS, CO 81601

*Confirmation USPS*



*Cost*

7/26/22, 12:49 PM                    USPS.com® - USPS Tracking® Results

**Tracking Number:** 70190160000093776279

*Case # 22-CV-01613*
*Param roof Khale MEH*

Your item was picked up at a postal facility at 11:53 am on July 7, 2022 in GLENWOOD SPRINGS, CO 81601.

**USPS Tracking Plus® Available**

# Delivered, Individual Picked Up at Postal Facility

July 7, 2022 at 11:53 am
GLENWOOD SPRINGS, CO 81601

*Confirmation USPS*



7/26/22, 12:50 PM                          USPS.com® USPS Tracking® Results

**Tracking Number:** 7019016000093776293

*Case # 22-CV-01613 MEH*
*Paramroop Khalsa*

Your item was delivered to the front desk, reception area, or mail room at 10:42 am on July 7, 2022 in GLENWOOD SPRINGS, CO 81601.

USPS Tracking Plus® Available

# Delivered, Front Desk/Reception/Mail Room

July 7, 2022 at 10:42 am
GLENWOOD SPRINGS, CO 81601

*Confirmation From USPS*



**Tracking Number:** 70190160000093776286

Case# 22cv-01613-MEH
Paramroop Khalsa

Your item was picked up at the post office at 11:02 am on July 11, 2022 in DILLON, CO 80435.

**USPS Tracking Plus® Available**

# Delivered, Individual Picked Up at Post Office

July 11, 2022 at 11:02 am
DILLON, CO 80435

Confirmation
USPS



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

| Certified Mail Fee | $3.75 | | |
|---|---|---|---|
| $ | | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $1.56 | | |
| $ | | | |
| Total Postage and Fees | $5.31 | | |
| $ | | | |

Sent To Elizabeth Poolos
Street and Apt. No., or PO Box No. PO Box 1414
City, State, ZIP+4® Dillon, CO 80435

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions