**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-01613-MEH

PARAMROOP KHALSA,

Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, POLICE ACADEMY, et al.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

R. Warren Beck, Assistant Attorney General, hereby enters his appearance on behalf of Defendants, Colorado Mountain College, Police Academy; Stewart Curry, Director; Todd Haller, Instructor; Lisa Runck; and Elizabeth Poulos.

All parties shall send a copy of all pleadings, motions, and briefs filed with the Court to the undersigned Assistant Attorney General.

DATED this 1st day of August, 2022.

PHILIP J. WEISER
Attorney General

*/s/ R. Warren Beck*
R. Warren Beck, No. 56004*
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6143
warren.beck@coag.gov

ATTORNEY FOR DEFENDANTS
*counsel of record

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing NOTICE OF ENTRY OF APPEARANCE

upon all parties herein by depositing copies of the same via USPS, this 1st day

of August, 2022 at Denver, CO addressed as follows:

Paramroop Khalsa
459 Rio Grande Ave.,
New Castle, CO 81647
Paramroop1@gmail.com

*Plaintiff Pro Se*

<u>*/s/ Jen Davis-Weiser*</u>