**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01613-MEH

PARAMROOP KHALSA,

     Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, et al.,

     Defendant.

---

**DEFENDANT HALLER'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

---

Defendant Todd Haller, in his individual capacity, by and through the Colorado Attorney General, submits this Motion for Extension of Time to Respond to Complaint and in support states as follows:

**CERITIFCATION**

In accordance with D.C.COLO.LCivR 7.1(a), undersigned counsel attempted to confer with Plaintiff and after leaving a voice message and exchanging a few emails with Plaintiff, counsel was unable to obtain Plaintiff's position on the relief requested herein.

Pursuant to D.C.Colo.L.Civ.R. 6.1(c), undersigned counsel certifies that they served their clients with a copy of this Motion.

**MOTION**

1.     Plaintiff filed his complaint on June 29, 2022. ECF 1.

2.     Plaintiff listed June 30, 2022 as the date he sent the Waiver of the Service of Summons.

3.     On July 1, 2022, Plaintiff mailed a copy of the Complaint to Colorado Mountain College's  General Counsel, Richard Gonzales, and to the individually named defendants Stewart Curry, Lisa Runck, and Elizabeth Poulos. ECF 6.

4.     Other than Defendant Haller, Plaintiff has not properly served the other Defendants by mailing them a copy of the complaint. Fed. R. Civ. P. 4(a) and (j).

5.     Defendants Colorado Mountain College, Curry, Runck, and Poulos agreed to waive service and signed the Waiver form, thereby saving Plaintiff the time and expense of personally serving those defendants. *Defendant's Exhibit 1*, signed Waivers of Service for these Defendants. Due to the waivers of service, Defendants Colorado Mountain College, Curry, Runck, and Poulos' deadline to file an answer to the complaint is 60 days from the day the waiver was sent, or August 30, 2022.  Fed. R. Civ. P. 4(d)(3).

6.     Defendant Haller was personally served with the Complaint on July 21, 2022. ECF 6. As such, his response is due 21 days from service, or August 11, 2022. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

7.     Undersigned counsel was recently retained to represent Defendants in this matter and require additional time to review the Complaint, investigate the facts of the matter, obtain file materials, and

2

consult with their clients to form an appropriate responsive pleading to the Complaint.

8.      As such, Defendant Haller requests a 19-day extension of time up to and including August 30, 2022 to respond to the Complaint.

9.      This extension for Haller will also allow all Defendants to respond to the Complaint on the same date, which is a more efficient use of the Court's and parties' time and resources.

10.      This is the first extension of time to file a response to the Complaint requested by Defendant Haller, and it is not brought for purposes of undue delay, nor is it believed that any party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant Haller respectfully requests an extension of time of 19 days, up to and including August 30, 2022 to respond to Plaintiff's Complaint.

DATED this 5th day of August, 2022.

PHILIP J. WEISER
Attorney General

*/s/ Lucia C. Padilla*
Lucia C. Padilla*
R. Warren Beck*
Assistant Attorneys General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6572
Lucia.Padilla@coag.gov
Warren.Beck@coag.gov
*Counsel of record

3

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Defendant Haller's Motion for

Extension of Time to Respond to Complaint upon all parties herein by email

at Denver, Colorado, this 5th day of August, 2022 addressed as follows:


Paramroop Khalsa
459 Rio Grande Ave.,
New Castle, CO 81647
Paramroop1@gmail.com

Client Copy:
Defendants Colorado Mountain College, Stewart Curry, Todd Haller, Lisa Runck,
and Elizabeth Poulos c/o Richard Gonzales, CMC General Counsel


*/s/ Jen Davis-Weiser*