IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01613-MEH

PARAMROOP KHALSA,

      Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, POLICE ACADEMY,
STEWART CURRY, Director,
TODD HALLER, Instructor,
LISA RUNCK,
ELIZABETH POULOS,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 8, 2022.**

Before the Court is Defendant Todd Haller's "Motion for Extension of Time to Respond to Complaint." ECF 9. Mr. Haller requests that his deadline to answer or respond to the Complaint be extended to August 30, 2022, the answer deadline for the other Defendants. Such a request comports with the interests of judicial efficiency and conserving party resources. Although Plaintiff's position on the Motion is unknown despite Mr. Haller's attempts to confer, the Court finds that further briefing would not materially assist in the Motion's adjudication. D.C.Colo.LCivR 7.1(d) ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."). For good cause shown, Mr. Haller's Motion [filed August 5, 2022; ECF 9] is **granted**. Mr. Haller shall file his answer or other response to the operative pleading on or before August 30, 2022.