IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01613-MEH

PARAMROOP KHALSA,

       Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, POLICE ACADEMY,
STEWART CURRY, Director,
TODD HALLER, Instructor,
LISA RUNCK,
ELIZABETH POULOS,

       Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2022.**

       Before the Court is Defendants' Motion to Dismiss. ECF 11. Pursuant to D.C.Colo.LCivR 7.1(d) and Fed. R. Civ. P. 6(d), Plaintiff shall file a written response to the motion on or before September 23, 2022, and Defendants may file a reply in support of the motion within fourteen days after the response is served.