**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01613-MEH

PARAMROOP KHALSA,

      Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, POLICE ACADEMY,
STEWART CURRY, Director
TODD HALLER, Instructor
LISA RUNCK,
ELIZABETH POULOS,

      Defendants.

---

**MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED SCHEDULING ORDER**

---

      Defendants Colorado Mountain College, et al., by and through the Colorado Attorney General, submit this Motion for Extension of Time to File Proposed Scheduling Order and in support states as follows:

**CERITIFCATION**

      In accordance with D.C.COLO.LCivR 7.1(a), undersigned counsel attempted to confer with Plaintiff, however, counsel was unable to obtain Plaintiff's position on the relief requested herein. Counsel sent Plaintiff a draft of the proposed scheduling order to review. Pursuant to D.C.Colo.L.Civ.R. 6.1(c), undersigned counsel certifies that they served their clients with a copy of this Motion.

1.      The Court ordered the parties to confer and submit a Proposed Scheduling Order no later than five business days before the Scheduling Conference, which is scheduled for September 14, 2022, at 10:00 a.m. ECF 5.

2.      Undersigned counsel has attempted to confer and schedule a Rule 26(f) meeting with Plaintiff but have not heard back from him about his availability to discuss or review the Proposed Scheduling Order drafted by undersigned counsel.

3.      Defendants request an extension of 4 business days to allow the parties time to confer and finalize their Proposed Scheduling Order.

WHEREFORE, for good cause shown Defendants respectfully request an extension of time of 4 business days, up to and including September 13, 2022, to file the Proposed Scheduling Order.

DATED this 7th day of September 2022.

PHILIP J. WEISER
Attorney General

*/s/ Lucia C. Padilla*
Lucia C. Padilla*
R. Warren Beck*
Assistant Attorneys General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6572
Lucia.Padilla@coag.gov
Warren.Beck@coag.gov
*Counsel of record

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Defendant Haller's Motion for

Extension of Time to Respond to Complaint upon all parties herein by email

at Denver, Colorado, this 7th day of September, 2022 addressed as follows:


Paramroop Khalsa
459 Rio Grande Ave.,
New Castle, CO 81647
Paramroop1@gmail.com

Client Copy:
Colorado Mountain College, Stewart Curry, Todd Haller, Lisa Runck, and Elizabeth
Poulos c/o Richard Gonzales, CMC General Counsel


*/s/ Jen Davis-Weiser*

3