IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 22-cv-1613-MEH | Date: | September 14, 2022 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

| | |
|---|---|
| *Parties:* | *Counsel:* |
| PARAMROOP KHALSA, | Pro Se |
| Plaintiff, | |
| v. | |
| COLORADO MOUNTAIN COLLEGE, POLICE ACADEMY, et al., | Lucia Padilla<br>Warren Beck |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**Court in session:**      **10:05 a.m.**

Court calls case.   Appearances of the Pro Se Plaintiff and counsel.

Discussion held regarding the Defendant's [ECF 11] *Motion to Dismiss* filed on August 30, 2022.   The Plaintiff requests for an extension of time to respond to the *motion*.   The Court will grant the request and set a response date of September 28, 2022.   The Court also explains to the Plaintiff of his ability to file a motion requesting the Court to appoint Pro Bono counsel.

Discussion held regarding the possibility of staying the case while the Defendant's *Motion to Dismiss* is pending.   The Court will still enter the Scheduling Order, as stated on the record, but the parties and the Court agree discovery should be stayed while the *motion* is pending.

**ORDERED:**   Plaintiff's response to Defendant's [ECF 11] *Motion to Dismiss* is due **on or before September 28, 2022**.

The Court will enter a Scheduling Order, but Discovery is STAYED while the [ECF 11] *Motion to Dismiss* is pending.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:**                    February 15, 2023
**Dispositive Motion Deadline:**           March 15, 2023
**Initial Rule 26(a)(2) Disclosures:**     November 15, 2022
**Rebuttal Rule 26(a)(2) Disclosures:**    December 15, 2022

**Final Pretrial Conference:**  May 18, 2023 at 10:00 a.m. before United States Magistrate Judge Michael E. Hegarty in Courtroom A 501 of the Alfred A. Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:**        **10:33 a.m.**        **(Hearing concluded)**
**Total time in Court:  00:28**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.