IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __1:22____-cv-_01613__ - _MEH___

Paramroop Khalsa

_____,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:27 am, Sep 21, 2022
JEFFREY P. COLWELL, CLERK

    Plaintiff(s),

v.

Colorado Mountain College, Police Academy, Stewart Curr,
_____

    Defendant(s).

---

## MOTION FOR APPOINTMENT OF COUNSEL

---

I am a __✓__ plaintiff __☐__ defendant **[Select which side you are in your case]**

in this case and am currently not represented by counsel.  I believe that I am unable to

proceed with the assertion of my __✓__ claims __☐__ defenses **[Select what is**

**appropriate to your case]** in this case without the assistance of counsel.  I believe I

qualify for the appointment of counsel from the Civil Pro Bono Panel.

Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a

judicial officer of this court may enter an Appointment Order authorizing appointment by

the clerk of a member of the court's Civil Pro Bono Panel when the following

considerations weigh in favor of appointment:

(1) the nature and complexity of the action **[Describe below:]**

My education taught me a couple of the rules, now that I have passed all those

known rules, discovery and other ways of the courts system will leave me

unprepared, lacking a thorough and insightful presentation.

(2) the potential merit of the claims or defenses of the unrepresented party;

The discrimination of the defendants will become known in the proper way of this

court, which will make them accountable for their actions.

(3) the demonstrated inability of the unrepresented party to retain an attorney by

other means;

Before I began the process of this lawsuit myself I looked for two weeks for an

attorney to represent me. I was not able to find one.

and

(4) the degree to which the interests of justice, including the benefits to the court,

will be served by appointment of counsel:

Colorado Mountain College will be rid of Todd Haller a dinosaur whose time is

done. I would leave this court experience knowing justice in America lives

on.

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.,* 393 F.3d 1111, 1115 (10th Cir. 2004).

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case.  I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only

that a member of the Civil Pro Bono Panel will review the case for possible representation.

**[Please check one or both of the following options:]**



☑ **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

☑ **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

Reviewing my motion, assisting with a plan for interrogatories and outline for suc

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

---

[1] [**Note:** Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]

Dated at **New Castle** *(city)*, **CO** *(state)*, this **16** day **September**, 201 2022 .

**Paramroop Khalsa**
(Unrepresented Party's Name)

**459 Rio Grande Ave, 81647**
(Address)

**970-379-1138**
(Phone Number)