IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01613-MEH

PARAMROOP KHALSA,

       Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, POLICE ACADEMY,
STEWART CURRY, Director,
TODD HALLER, Instructor,
LISA RUNCK,
ELIZABETH POULOS,

       Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2022.**

The Court construes Plaintiff's "Motion to Continue to Trial, Not Dismiss" (ECF 22) as a response to Defendant's Motion to Dismiss (ECF 11). Therefore, the Court directs the Clerk of Court to **terminate** Plaintiff's "Motion to Continue to Trial, Not Dismiss" [filed September 28, 2022; ECF 22] as a pending motion.