**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____1:22-cv-01613-MEH

Paramroop Khalsa

      Plaintiff,

v.

Colorado Mountain College, Police Academy
Stewart Curry, Director
Todd Haller, Instructor
Lisa Runck,
Elizabeth Poulos
      Defendant(s),

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:38 pm, Nov 15, 2022*
**JEFFREY P. COLWELL, CLERK**

---

**PLAINTIFF'S INITIAL DISCLOSURES UNDER**
**F.R.C.P. 26(a)(1)**

---

**I.**    **List of Individuals**

| Name of Individual With Information | Address and Telephone Number (if known) | Subject of Information |
|---|---|---|
| Vicki Valentine | Rifle Campus | Mr. Khalsa's original application lost 3 weeks before deadline. Ms. Valentine assisted in getting new application in on time. |

| Name of Individual With Information | Address and Telephone Number (if known) | Subject of Information |
|---|---|---|
| Susan Moreland | She was Dean of the Colorado Mountain College Police Academy in 2019. | Dean Moreland was in Director Curry's office when Mr. Khalsa Complained about Todd Haller on September 27, 2019. |
| Debbie Arnold | Ms. Arnold was in the Colorado Mountain College Carbondale Campus. | Ms. Arnold was Mr. Khalsa's counselor at Colorado Mountain College and after she contacted Director Curry about getting in firearms, she dismissed Mr. Khalsa as his Councilor |
| Cory Rikard | College Counselor at the Glenwood Springs Campus | Mr. Rikard told Mr. Khalsa he could not contact the Police Academy in his behalf and proceeded to not help as a Professional counselor. |
| Dr. Chip Thomas | College Counselor at Rifle Campus | Mr. Thomas was Mr. Khalsa's Counselor and was very surprised when Dean Poulos issued the Associates Degree with a "F" in a Firearms. |
| Brian, Instructor on the Gun Range. | Snowmass Police Department | He was on the gun range watching Mr. Khalsa perform his dangerous misdoing. |
| | | |

| Name of Individual With Information | Address and Telephone Number (if known) | Subject of Information |
|---|---|---|
| Joseph Maes | Assistant Director of the Police Academy, 2019 | He was present on the gun range and spoke with Mr. Khalsa and gave him a practice pistol the day before termination. |
| Carson | Town of Eagle Police Department | Student who helped me on the gun range. |
| Alyse Vollmer | Aspen Police Department | Ms. Vollmer was my team leader and assisted me on the gun range. |
| Do not have the names of the police officers who were gun range assistants.<br><br>Mr. Khalsa thinks there were 8 assistants.<br>_____<br>Steve MacGregor | These men and women were from police departments who were earning points for their careers while assisting Mr. Haller.<br><br>_____<br>Bristlecone Shooting Range<br><br>Lakewood,CO 303-985-0989 | Safety feedback from those who personally supervised Mr. Khalsa at different stations over the 2 1/3 days on the Range.<br><br>_____<br>Instructor for CCW, Mr. Khalsa performed well. |

3

| John | Steamboat Springs Police Department | Student who helped me on the gun range |
|------|-------------------------------------|----------------------------------------|
|      |                                     |                                        |

**List of Documents, Electronically Stored Information (ESI) or Tangible Things** *(in Plaintiff's possession, custody or control)*

| Description by Category of Document, ESI or Tangible Thing | Location |
|-----------------------------------------------------------|----------|
| E-mail Correspondence with Director Currey regarding getting into the next firearms class<br><br>Dates:<br><br>August 25, 2020<br><br>December 16, 2020<br><br>August 16, 2021 | This correspondence is in Mr. Khalsa's possession. |
| Copy of transcript which shows "F" in required class for the Criminal Justice Associates Degree. | In Mr. Khalsa's Possession. |
|  |  |
|  |  |

4

## II.    Computation of Damages

| Category of Damages Claimed | Computation of Amount Claimed | Documents or Other Evidence on Which Computation is Based |
|---|---|---|
| Two lives (husband & wife) pursuing a once workable plan to change careers who fell victim to false promises by Director Curry. And denied completing the program, because of religious discrimination. | The claim is based on 10 years of working with the Police in the future. The reason I decided to go to college and have a rewarding final career was taken away by these four people who worked as a team to deny that reality. | The last piece of evidence will come with the instructors on the gun range talking about Mr. Haller and how he allowed a student from the same class as Mr. Khalsa with a loaded gun pointed at another student to continue in the class. |
| | | |
| | | |
| | | |

Dated:_____15 November 2022

_____

(Signature of party)

Print Name:Paramroop  Khalsa

Address:___459 Rio Grande Ave, New Castle CO

_____

Telephone Number:__970-379-1138

Email Address:paramroop1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November, 15_____, 2022_____, I sent a copy of the

**PLAINTIFF'S INITIAL DISCLOSURES UNDER F.R.C.P. 26(a)(1)** to the following parties

in the way described below each party's name:

Party Name:__Colorado Mountain College

How Served:__e-mail

Party Attorney's Name:__Lucia C. Padilla_____

Address:_1300 Broadway, 6th Floor, Denver, CO

_____

Telephone Number:_720-508-6143

Email Address:__lucia.padilla@coag.gov

_____

(Signature of person completing service)

Print Name:__Paramroop Khalsa

Address:_____

_____

Telephone Number:_____

Email Address:_____