IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:22-cv-01613-MEH

PARAMROOP KHALSA,

Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, POLICE ACADEMY, et al.,

Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 26, issued on November 17, 2022] of Magistrate Judge Michael E. Hegarty GRANTING the Defendants' Motion to Dismiss [ECF 11, filed August 30, 2022] which order is incorporated by reference, it is

ORDERED Final Judgment shall be entered IN FAVOR OF ALL DEFENDANTS, and, AGAINST the Paramroop Khalsa, on all claims for relief and causes of action asserted in this case and the Plaintiff's claim is dismissed with prejudice.

Dated at Denver, Colorado, this 3rd day of November 17, 2022.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By *s/ C. Thompson*
Christopher Thompson
Deputy Clerk