**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01613-MEH

PARAMROOP KHALSA,

      Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, et al.,

      Defendants.

---

**MOTION FOR EXTENSION OF TIME
TO REQUEST ATTORNEYS' FEES**

---

Defendant, Colorado Mountain College, by and through the Colorado Attorney General's Office, submits this Motion for Extension of Time to Request Attorneys' Fees and in support states as follows:

**CERITIFCATION**

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel  attempted to confer with Plaintiff and after leaving a voice message and sending him an email, counsel was unable to obtain Plaintiff's position on the relief requested herein. Pursuant to D.C.Colo.L.Civ.R. 6.1(c), undersigned counsel certifies that they served their clients with a copy of this motion.

1

1.      On November 17, 2022, the Court entered an order granting Defendants' Motion to Dismiss and dismissed the complaint with prejudice. [ECF 26].

2.      At the same time, the Court entered final judgment pursuant to Fed. R. Civ. P. 58(a) in favor of all Defendants and against the Plaintiff. [ECF 27].

3.      Under Fed. R. Civ. P. 54(d)(2)(B), a motion for fees is due within 14 days of the entry of judgment.

4.      Defendant requests a 14-day extension of time to consider whether to seek attorneys' fees to on or before December 15, 2022.

5.      This is the Defendant's first request for extension of time.

WHEREFORE, Defendant Colorado Mountain College respectfully requests a 14-day extension of time, up to and including December 15, 2022 to submit a motion for attorneys' fees.

DATED this 1st day of December, 2022.

PHILIP J. WEISER
Attorney General

/s/ Lucia C. Padilla
Lucia C. Padilla*
Senior Assistant Attorney General
R. Warren Beck*
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6572
Lucia.Padilla@coag.gov
Warren.Beck@coag.gov
*Counsel of record

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Motion For Extension Of Time To Request Attorneys' Fees upon all parties herein by email at Denver, Colorado, this 1st day of December, 2022 addressed as follows:

Paramroop Khalsa
459 Rio Grande Ave.,
New Castle, CO 81647
Paramroop1@gmail.com

Client Copy:
Colorado Mountain College, Stewart Curry, Todd Haller, Lisa Runck, and Elizabeth Poulos c/o Richard Gonzales, CMC General Counsel

*/s/ Lucia Padilla*