## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01613-MEH

PARAMROOP KHALSA,

      Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, et al.,

      Defendants.

---

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REQUEST ATTORNEYS' FEES

---

Defendant, Colorado Mountain College, by and through the Colorado Attorney General's Office, hereby withdraws its Motion for Extension of Time to Request Attorneys' Fees [ECF 28].

DATED this 2nd day of December, 2022.

PHILIP J. WEISER
Attorney General

*/s/ Lucia C. Padilla*
Lucia C. Padilla*
Senior Assistant Attorney General
R. Warren Beck*
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6572
Lucia.Padilla@coag.gov
Warren.Beck@coag.gov
*Counsel of record

*Attorneys for Defendants*

1

2

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing Notice of Withdrawal of Defendant's Motion for Extension of Time to Request Attorneys' Fees upon all parties herein by email at Denver, Colorado, this 2nd day of December, 2022 addressed as follows:

Paramroop Khalsa
459 Rio Grande Ave.,
New Castle, CO 81647
Paramroop1@gmail.com


*/s/ Lucia Padilla*

2