IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01613-MEH

PARAMROOP KHALSA,

      Plaintiff,

v.

COLORADO MOUNTAIN COLLEGE, POLICE ACADEMY,
STEWART CURRY, Director,
TODD HALLER, Instructor,
LISA RUNCK, and
ELIZABETH POULOS,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 5, 2022.**

The Court directs the Clerk of Court to **terminate** Defendant's "Motion for Extension of Time to Request Attorneys' Fees" [filed December 1, 2022; ECF 28] and Defendant's "Notice of Withdrawal of Defendant's Motion for Extension of Time to Request Attorneys' Fees" [filed December 2, 2022; ECF 29] as pending motions.